# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LESLIE JULIUS,
ALIEN # A037-589-497,

    Petitioner,

vs.                              Case No. 4:10cv285-SPM/WCS

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,

    Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, filed a petition seeking a writ of habeas corpus under § 2241 on July 8, 2010. Doc. 1. Service was directed in July, doc. 8, and Respondents have filed a motion to dismiss. Doc. 15. Respondents state that Petitioner was released from custody of Immigration and Customs Enforcement (ICE) on September 20, 2010, because this native country of St. Kitts declined to issue travel documents for Petitioner. Doc. 15. Thus, this § 2241 petition should now be dismissed as moot because Petitioner has received the relief requested, release from detention.

The motion to dismiss, doc. 15, contains a certificate of service which indicates the document was provided to Petitioner at his "last known address" which was the

Wakulla County Jail and to his forwarding address. The Clerk of Court will be directed to send this report and recommendation to both addresses as well. If Petitioner does not contest this dismissal, he need not take any further action. Petitioner shall have a fifteen day period of time in which to file any opposition to this report and recommendation.

**ORDER**

Accordingly, it is **ORDERED:**

1. The Clerk shall provide a copy of this report and recommendation to Petitioner at his address of record and at the forwarding address listed in the certificate of service on the motion to dismiss, doc. 15.

2. Petitioner shall have fifteen days to submit any opposition to this recommendation to dismiss his § 2241 petition as moot.

**REPORT AND RECOMMENDATION**

In light of the assertion by Respondent that Petitioner has been released, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner **LESLIE JULIUS,** Alien # A037-589-497, be **DISMISSED as moot** since he has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on September 23, 2010.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**