IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LESLIE JULIUS,
ALIEN # A037-589-497,

       Petitioner,

v.                                              CASE NO. 4:10cv285-SPM/WCS

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF
THE UNITED STATES, et al.,

       Respondents.

_____/

### ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated September 23, 2010 (doc. 17) recommending that the § 2241habeas petition be dismissed as moot because Petitioner has been released from detention. The clerk sent copies to Petitioner at his last known addresses, but they have been returned as undeliverable. Docs. 18 and 19.

Pursuant to Title 28, United States Code, Section 636(b)(1) have determined that the report and recommendation is correct and should be adopted. Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 17) is ADOPTED and incorporated by reference in this order.

2. The § 2241 petition filed by Petitioner Leslie Julius, Alien # A037-589-497, is dismissed as moot since he has been released from detention.

DONE AND ORDERED this 27th day of October, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge